IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINTEN YOUNG                                                          PLAINTIFF
ADC# 127243

v.                          Case No. 1:10-cv-71-DPM

CHANCE NORRIS                                                          DEFENDANT

## ORDER

The Court has considered Magistrate Judge Beth Deere's recommended disposition, *Document No. 26*, and Quinten Young's objections, *Document No. 28*. After *de novo* review, the Court adopts Judge Deere's recommended disposition as its own. FED. R. CIV. P. 72(b)(3). Norris's motion for summary judgment, *Document No. 19*, is granted. And Young's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2011