IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINTEN YOUNG                                                               PLAINTIFF
ADC# 127243

v.                            Case No. 1:10-cv-71-DPM

CHANCE NORRIS                                                              DEFENDANT

JUDGMENT

Young's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2011